NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK MICHAEL WEYER** AND
**TROY K. JAVAHER,**
*Appellants,*

v.

**FACEBOOK, INC.,**
*Appellee.*

---

2014-1378

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/001,411.

---

**JUDGMENT**

---

FRANK MICHAEL WEYER, Techcoastlaw, of Los Angeles, California, argued for appellants.

REUBEN H. CHEN, Cooley LLP, of Palo Alto, California, argued for appellee. With him on the brief were HEIDI L. KEEFE and MARK R. WEINSTEIN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| November 10, 2014 | /s/  Daniel  E.  O'Toole |
|:-:|:--|
| Date | Daniel E. O'Toole |
| | Clerk of Court |